### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### Judge Christine M. Arguello

Civil Action No. 12-cv-03355-CMA-MEH

WHITNEY THORNTON,

    Plaintiff,

v.

SOUTHWEST CREDIT SYSTEMS, L.P., a Texas limited partnership,

    Defendant.

---

### ORDER OF DISMISSAL WITH PREJUDICE

---

    Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i) and upon review of Plaintiff's Notice of Dismissal With Prejudice (Doc. # 7), the Court hereby

    ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay her or its own attorney's fees and costs.

    DATED:  February  13 , 2013

                                       BY THE COURT:

                                       *[signature]*

                                       CHRISTINE M. ARGUELLO
                                       United States District Court Judge